IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 01-50256
Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES A. WATERS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-00-CR-240-ALL-JN
--------------------
February 6, 2002
Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel has filed a motion to withdraw as counsel and a brief pursuant to Anders v. California, 386 U.S. 738 (1967). Charles A. Waters has responded to counsel's motion, challenging his guilty plea and sentence. He has also moved for free transcripts of the guilty plea and sentencing hearings and for extension of time to respond to the Anders motion.

Our independent review of the brief, the record, and Waters's response discloses no nonfrivolous issue. Accordingly, counsel's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2. Waters's motion for free copies of the transcripts and his motion for extension of time are DENIED as moot.